STATE of Missouri, Respondent,

v.

Danny R. PINE, Appellant.

WD 77804

Missouri Court of Appeals,
Western District.

ORDER FILED: April 26, 2016

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

Emmett D. Queener, Columbia, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Mark D. Pfeiffer, Judge and Cynthia L. Martin, Judge

### ORDER

Per curiam:

Danny R. Pine appeals his convictions of two counts of child molestation in the first degree following a jury trial. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Robert L. POTTS, Appellant.

WD 77191

Missouri Court of Appeals,
Western District.

FILED: April 26, 2016

Robert J. Bartholomew, Jr., Jefferson City, MO for respondent

Susan L. Hogan, Kansas City, MO for appellant

Before Division Four: Alok Ahuja, C.J., and James E. Welsh and Mark D. Pfeiffer, JJ.

### ORDER

PER CURIAM:

Robert Potts appeals his conviction of assault in the second degree, arguing that the trial court abused its discretion in excluding evidence of his victim's prior municipal conviction for lying to a police officer. Potts did not offer evidence of the victim's prior municipal conviction during trial, and he therefore failed to preserve the issue. Plain error review is unwarranted, and we accordingly affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).